## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

.

| | | |
|---|---|---|
| In re JRV Group USA L.P., | | |
| a Delaware Limited Partnership, | ) | |
| | ) | Case No. 19-11095 (CSS) |
| Debtor(s) | ) | |
| | ) | Adv. Proc. No. 19-50387 |
| | ) | |
| JRV Group USA L.P., | ) | |
| a Delaware Limited Partnership, | ) | MEDIATION STATUS REPORT |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| NIRVC Partners, LLC, et al | ) | |
| Defendant(s) | ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated March 5, the undersigned mediator reports that the mediation has not been completed. The process was impaired by the occurrence of the Covid-19 pandemic and resulting shutdown and restriction on in-person proceedings. The undersigned believes strongly that mediations are overwhelmingly more likely to be successful if the parties are required to appear in person although the process for conducting mediations by remote means has vastly improved.

Only very recently did counsel for the Liquidating Trustee enter an appearance (*see* D.I. 25; 12/18/20). The undersigned has been in contact with counsel for the parties and has been informed that they have exchanged documents and are working toward a settlement. They expect within the next 10 days to either achieve a settlement or ask that mediation be scheduled. In light of that, it does not appear to be good use of the parties' resources to schedule a mediation unless they reach impasse, and the undersigned will be in contact regularly to monitor progress. If resolution is not

achieved within the next 10 days, the parties will be asked to commit to early dates for a mediation using a virtual platform.

Dated:  January 14, 2021                        _/s/ Joseph H. Huston, Jr._ (DE 4035)
                                                919 North Market Street, Suite 1300
                                                Wilmington, DE 19801
                                                Tel: (302)425-3310
                                                Mobile: (610) 207-2374
                                                _jhh@stevenslee.com._

cc:  Counsel of Record via ECF notice